IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL MUNGIN, | § | |
| | § | |
| Defendant Below, | § | No. 162, 2019 |
| Appellant, | § | |
| | § | Court Below–Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1106013392 (N) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: May 21, 2019
Decided: May 24, 2019

## **ORDER**

It appears to the Court that, on May 6, 2019, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant, Michael Mungin, to show cause why his appeal should not be dismissed for his failure to respond to the Senior Court Clerk's April 15, 2019 letter directing Mungin to complete and notarize his motion to proceed in forma pauperis by April 30, 2019. Mungin received the notice on May 10, 2019, and has failed to respond within the required ten-day period. Therefore, dismissal of this action is deemed unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

*/s/ Leo E. Strine, Jr.*
Chief Justice